# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAYNES,<br><br>          Petitioner,<br><br>    v.<br><br>JAMES D. HARTLEY, Warden,<br><br>          Respondent. | 1:08-CV-01937 OWW SMS HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS AND FILE ANSWER<br><br>[Doc. #16] |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 27, 2009, Respondent filed a motion to dismiss the petition as untimely. On May 28, 2009, Petitioner filed his opposition to the motion. In light of the opposition, Respondent filed a request on June 8, 2009, to withdraw the motion and file an answer. Respondent concedes the petition was timely filed.

Good cause having been presented and GOOD CAUSE APPEARING THEREFOR, Respondent's request to withdraw the motion to dismiss is GRANTED. An answer addressing the merits of the petition is due on or before July 8, 2009.

IT IS SO ORDERED.

**Dated:    June 10, 2009**              _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE